# ATTACHMENT B



**NDI INTERNATIONAL**

Corporate Office
1075 Southbridge St.
Worcester, MA
01610-2236
Tel. 508-752-5121
1-800-752-5967
Fax. 508-831-9980

U.K. Office
103 South Liberty Lane
Ashton Vale, Bristol, U.K.
BS3 2SZ
Tel. 0117 9531404
Fax. 0117 9532018

February 6, 2001

NDI International
Attn: Brian Anger
1075 Southbridge St.
Worcester, MA 01610

Dear Sir:

This letter will serve to inform you that I am resigning as a trustee of the 401K program at NDI International effective as of February 9, 2001.

Sincerely,

William P. Utley

"SOLICITOR'S OFFICE"
2003 OCT 28 PM 3: 17

RECEIVED U.S. DOL/PWBA
BY
JUL - 8 2003
PAGES