# ATTACHMENT E

## NORTHEAST DISPLAY INC

### PAYROLL ADJUSTMENT JOURNAL

PAGE 6

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 EE COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **** 000309 EXECUTIVE | | | | | | | | | | | | | | | | | |
| 000802 ANGER, B | | | | | | | | 17500 | | | | | | | | 17500 | 360 |

| | PAYROLL TOTALS | MISC | DISAB ILITY | GARNI SHMNT | HLTH | LOANS | IRS GARNS | 401K | CHK/SVE | EE COMP | CHK/SVE | CHK/SVE | LOAN 2 | LEVY | MISC REIM | ADJUST MENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 195897 | 22000 | | 161658 | | 773028 | | | 1500 | | | -391993 |

0024-7892    NORTHEAST DISPLAY INC    PERIOD END DATE 03/30/02    CHECK DATE 04/05/02    RUN DATE 04/04/02

0024-7892 NORTHEAST DISPLAY INC

# PAYROLL ADJUSTMENT JOURNAL

PAGE 5

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 EBE COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUSTMENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000088 | PARADISE,R | | | | | | | | | | | | | | | 4629 | 435 |
| 000109 | WEAGLE,C | | | | 3758 | | | 4000 | | | | | | | | 6474 | 434 |
| 000111 | WEST,A | 4387 | | | 3474 | | | 3000 | | | | | | | | 7758 | 433 |
| **** 000303 | ENGINEERING | | | | 242 | | | | | | | | | | | 7758 | 432 |
| 000088 | KULMA,Z | | | | 1337 | | | | | | | | | | | 1337 | 436 |
| 000067 | LAPAN,K | | | | 3806 | | | | | | | | | | | 8806 | 437 |
| 000119 | MACKO,M | | | | 3392 | | | | | | | | | | | 3392 | 438 |
| 000077 | MARTEL II, | | | | 3441 | | | | | | | | | | | | |
| **** 000305 | PROJECT MANAGER | | | | | | | | | | | | | | | 7441 | 439 |
| 000124 | MANNING,J | | | | 1048 | | | | | | | | | | | 1048 | 440 |
| 000100 | STAMM,J | | | | 3528 | | | 8654 | | | | | | | | 12182 | 441 |
| **** 000307 | ADMIN. SUPPORT | | | | | | | 4000 | | | | | | | | | |
| 000056 | HAWKES,J | | | | 3747 | | | | | | | | | | | 3747 | 442 |
| 000071 | LAVIN,R | | | | 3373 | | | 1250 | | | | | | | | 4623 | 443 |
| 000090 | IHOUBI,S | | | | 3817 | | | | | | | | | | | 4257 | 444 |
| 000000 | PLATTS,C | | | | 4257 | | | | | | | | | | | 6317 | 445 |
| 000305 | UTLEY,M | | | | 6063 | | | | | | | | | | 1500 | 6063 | 446 |
| **** 000309 | EXECUTIVE | | | | | | | | | | | | | | | | |
| 000402 | ANGER,B | 13112 | | | | | | 17500 | | | | | | | | 17500 | 447 |
| | **PAYROLL TOTALS** | 13112 | | | | 201365 18000 | | 18682 | | 401813 | | | 1500 | | | 17846 | |

0024-7892 NORTHEAST DISPLAY INC   PERIOD END DATE 04/06/02   CHECK DATE 04/12/02   RUN DATE 04/11/02

0024- 7892     NORTHEAST DISPLAY INC     PAYROLL ADJUSTMENT JOURNAL     PAGE 5

| EMP NBR | EMPLOYEE NAME | 1 MISC DISAB ILITY | 2 DISAB ILITY GARNI SHMNT | 3 GARNI SHMNT HLTH | 4 HLTH LOANS | 5 LOANS IRS GARNS | 6 IRS GARNS 401K | 7 401K CHK/SVE | 8 CHK/SVE EE COMP | 9 EE COMP CHK/SVE | 10 CHK/SVE CHK/SVE | 11 CHK/SVE LOAN 2 | 12 LOAN 2 LEVY | 13 LEVY MISC REIM | 14 MISC REIM ADJUST MENTS | ADJUST MENTS CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000088 | PARADISE,R | | | | 3758 | | | | | | | | | | 7758 | 517 |
| 000109 | WEAGLE,C | | | | 3474 | | | 4000 | | | | | | | 7474 | 518 |
| 000111 | WEST,A | | | | 242 | | | | | | | | | | 242 | 519 |
| **** | 000303 ENGINEERING | | | | | | | | | | | | | | | |
| 000064 | KULMA,Z | | | | 1337 | | | | | | | | | | 1337 | 520 |
| | LAPAN,K | | | | 3806 | | | 5000 | | | | | | | | |
| 000119 | MACKO,M | | | | 3392 | | | | | | | | | | 3392 | 521 |
| 000077 | MARTEL II, | | | | 3441 | | | | | | | | | | 8806 | 522 |
| **** | 000305 PROJECT MANAGER | | | | | | | | | | | | | | | |
| 000124 | MANNING,J | | | | 1048 | | | 4000 | | | | | | | 7441 | 523 |
| 000100 | STAMM,J | | | | 3528 | | | 8654 | | | | | | | 1048 | 524 |
| **** | 000307 ADMIN SUPPORT | | | | | | | | | | | | | | 12182 | 525 |
| 000056 | HAWKES,J | | | | 3747 | | | | | | | | | | | |
| 000071 | LAVIN,R | | | | 3373 | | | 1250 | | | | | | | 3747 | 527 |
| 000085 | MIHOUBI,S | | | | 3817 | | 2500 | | | | | | | | 4623 | 528 |
| 000 | PLATTS,C | | | | 4257 | | | | | | | | | | 6317 | 529 |
| 000105 | UTLEY,M | | | | 6063 | | | | | | | | | | 4257 | 529 |
| **** | 000309 EXECUTIVE | | | | | | | | | | | | | | 6063 | 530 |
| 000002 | ANGER,B | | | | | | 17500 | | | | | | | | 531 | |
| | | | | | | | | | | | | 1500 | | | 17500 | 532 |
| | PAYROLL TOTALS | MISC | DISAB ILITY | GARNI SHMNT | 188833 | 8000 | 153076 | | 500480 | | | 1500 | | | -149031 | |

0024- 7892     NORTHEAST DISPLAY INC     PERIOD END DATE 04/13/02     CHECK DATE 04/19/02     RUN DATE 04/17/02

0024- 7892　NORTHEAST DISPLAY INC　　　　　　　　　　　　　　　　PAYROLL ADJUSTMENT JOURNAL　　　　　　　　　　　　　　　　PAGE 5

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/ SVE | 9 EBE COMP | 10 CHK/ SVE | 11 CHK/ SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **** 000305 | PROJECT MANAGER | | | | | | | | | | | | | | | | |
| 000124 | MANNING,J | | | | | | | | | | | | | | | | |
| 000100 | STAMM,J | | | | 1048 | | | | | | | | | | | 1048 | 602 |
| **** 000307 | ADMIN. SUPPORT | | | | 3528 | | | 8664 | | | | | | | | 12182 | 603 |
| | HAWKES,J | | | | 3747 | | | | | | | | | | | 3747 | 605 |
| 000071 | LAVIN,R | | | | 3373 | | | | | | | | | | | | |
| 000085 | MIHOUBI,S | | | | 3817 | | | 1250 | | | | | | | | 4623 | 606 |
| 000090 | PLATTS,C | | | | 4257 | | | | | | | | | | | 4257 | 607 |
| 000105 | UTLEY,W | | | | 6053 | | | | | | | | | | | 3817 | 608 |
| **** 000309 | EXECUTIVE | | | | | | | | | | | | | | | 6053 | 609 |
| 000002 | ANGER,B | | | | | | | 17500 | | | | | | | | 17500 | 610 |
| **** PAYROLL TOTALS | | | | | 172088 | 5500 | | 141319 | | 560577 | | | 1500 | | | -240170 | |

0024- 7892　NORTHEAST DISPLAY INC　　PERIOD END DATE 04/20/02　　CHECK DATE 04/26/02　　RUN DATE 04/24/02

0024-7892  NORTHEAST DISPLAY INC  PAYROLL ADJUSTMENT JOURNAL  PAGE 5

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 EE COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000119 | MACKO,M | | | | 3392 | | | | | | | | | | | 3392 | 680 |
| 000077 | MARTEL II, | | | | 3481 | | | | | | | | | | | 7481 | 681 |
| ***** | 000305 PROJECT MANAGER | | | | | | | | | | | | | | | | |
| 000124 | MANNING,J | | | | | | | 4000 | | | | | | | | | |
| 000100 | STAMM,J | | | | 1048 | | | | | | | | | | | 1048 | 682 |
| | 000307 ADMIN. SUPPORT | | | | | | | | | | | | | | | | |
| 000056 | HAWKES,J | | | | 3528 | | | 8654 | | | | | | | | 12182 | 683 |
| 000171 | LAVIN,R | | | | 3747 | | | | | | | | | | | 3747 | 684 |
| 000085 | MIHOUBI,S | | | | 3373 | | | 1250 | | | | | | | | 4623 | 687 |
| 000090 | PLATTS,C | | | | 3817 | | | | | | | | | | | 3817 | 686 |
| 000105 | UTLEY,M | | | | 4257 | | | | | | | | | | | 4257 | 689 |
| ***** | 000309 EXECUTIVE | | | | 6063 | | | | | | | | | | | 6063 | 690 |
| 000002 | ANGER,B | | | | | | | 17500 | | | | | | | | 17500 | 691 |

PAYROLL TOTALS
| | MISC | DISAB ILITY | GARNI SHMNT | HLTH | LOANS | IRS GARNS | 401K | CHK/SVE | EE COMP | CHK/SVE | CHK/SVE | LOAN 2 | LEVY | MISC REIM | ADJUST MENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 19083 | | | 183423 | 5500 | | 157955 | | 61339 | | | 1500 | | | -245888 |

0024-7892  NORTHEAST DISPLAY INC  PERIOD END DATE 04/27/02  CHECK DATE 05/03/02  RUN DATE 05/01/02

0024-7892  NORTHEAST DISPLAY INC                    PAYROLL ADJUSTMENT JOURNAL                              PAGE 5

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/ SVE | 9 ERE COMP | 10 CHK/ SVE | 11 CHK/ SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***** 000305 | PROJECT MANAGER | | | | | | | | | | | | | | | | |
| 000124 | MANNING,J | | | | | | | | | | | | | | | 12182 | 764 |
| 000100 | STAMM,J | | | | 1048 | | | | | | | | | | | 1048 | 763 |
| ***** 000307 | ADMIN. SUPPORT | | | | | | | | | | | | | | | | |
| 000099 | LAVIN,R | | | | 3528 | | | 8664 | | | | | | | | | |
| 000085 | MIHOUBI,S | | | | 3373 | | | | | | | | | | | 4623 | 766 |
| 000090 | PLATTS,C | | | | 3817 | 2500 | | 1250 | | | | | | | | 7592 | 767 |
| 000105 | UTLEY,M | | | | 4257 | | | | | | | | | | | 4257 | 768 |
| ***** 000309 | EXECUTIVE | | | | 6063 | | | | | | | | | | | 6063 | 769 |
| 000002 | ANGER,B | | 1275 | | | | | 17500 | | | | | 1500 | | | 17500 | 770 |
| ***** PAYROLL TOTALS | | 18708 | | | 178008 | 8000 | | 152635 | | 558853 | | | 1500 | | -197002 | | |

0024-7892  NORTHEAST DISPLAY INC         PERIOD END DATE 05/04/02    CHECK DATE 05/10/02         RUN DATE 05/08/02

```
0024-7892                                    NORTHEAST DISPLAY INC                                    PAYROLL ADJUSTMENT JOURNAL                                                    PAGE  5
```

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 EBE COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ****  000307 | ADMIN SUPPORT | | | | | | | | | | | | | | | 4623 | 838 |
| 000071 | LAVIN,R | | | | 3373 | | | | | | | | | | | | |
| 000085 | MTHOUBI,S | | | | 3817 | 2500 | | 1250 | | | | | | | | 6317 | 839 |
| 000090 | PLATTS,C | | | | 4257 | | | | | | | | | | | 4257 | 840 |
| 000105 | UTLEY,W | | | | 6063 | | | | | | | | | | | 6063 | 841 |
| 000002 | ANGER,B | | | | | | | | | | | | | | | | |
| 000309 | EXECUTIVE | | | | | | | 17500 | | | | | | | | 17500 | 842 |
| | PAYROLL TOTALS | | | | 162278 | 8000 | | 149597 | 606727 | | | | 1500 | | | -285352 | |

```
0024-7892      NORTHEAST DISPLAY INC      PERIOD END DATE 05/11/02      CHECK DATE 05/17/02      RUN DATE 05/15/02
```

0024- 7892  NORTHEAST DISPLAY INC                                    PAYROLL ADJUSTMENT JOURNAL                                    PAGE  5

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/ SVE | 9 REG COMP | 10 CHK/ SVE | 11 CHK/ SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ****  000307 | ADMIN. SUPPORT | | | | | | | | | | | | | | | | |
| 000071 | LAVIN,R | | | | 3373 | | | | | | | | | | | 4623 | 909 |
| 000085 | MHOUBI,S | | | | 3817 | | | | | | | | | | | 6317 | 910 |
| 000090 | PLATTS,C | | | | 4257 | 2500 | | | | | | | | | | 4257 | 911 |
| 000105 | UTLEY,W | | | | 6063 | | | | | | | | | | | 6063 | 912 |
| 000309 | EXECUTIVE | | | | | | | | | | | | | | | | |
| 000002 | ANGER,B | | | | | | | 17500 | | | | | | | | 17500 | 913 |
| * | PAYROLL TOTALS | | | | 164693 | 10500 | | 175900 | | 500000 | | | 1500 | | | -147407 | |

0024- 7892  NORTHEAST DISPLAY INC      PERIOD END DATE  05/18/02      CHECK DATE  05/24/02      RUN DATE  05/22/02

0024- 7892   NORTHEAST DISPLAY INC                    PAYROLL ADJUSTMENT JOURNAL                                         PAGE 5

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 EXE COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000105 | UTLEY,M | | | | 6063 | | | | | | | | | | | 6063 | 982 |
| **** | 000309 EXECUTIVE | | | | | | | 17500 | | | | | | | | 17500 | 983 |
| 000002 | ANGER,B | | | | | | | | | | | | | | | | |

PAYROLL TOTALS   MISC   DISAB ILITY   GARNI SHMNT   HLTH   LOANS   IRS GARNS   401K   CHK/SVE   EXE COMP   CHK/SVE   CHK/SVE   LOAN 2   LEVY   MISC REIM   ADJUST MENTS

                                162040   8000          151025   657160                    1500                  -334595

0024- 7892   NORTHEAST DISPLAY INC   PERIOD END DATE 05/25/02   CHECK DATE 05/31/02                      RUN DATE 05/29/02

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 EE COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUSTMENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000105 | UTLEY, W | | | | 6063 | | | | | | | | | | | 6063 | 1055 |
| ***** 000309 | EXECUTIVE | | | | | | | 17500 | | | | | | | | 17500 | 1056 |
| 000002 | ANGER, B | | | | | | | | | | | | | | | | |
| PAYROLL TOTALS | | 162104 | 10500 | | | | 150300 | | 583623 | | | | 1500 | | | -259219 | |

0024- 7892   NORTHEAST DISPLAY INC   PERIOD END DATE 06/01/02   CHECK DATE 06/07/02   RUN DATE 06/06/02

0024- 7892   NORTHEAST DISPLAY INC   PAYROLL ADJUSTMENT JOURNAL   PAGE 5

0024- 7892   NORTHEAST DISPLAY INC    PAYROLL ADJUSTMENT JOURNAL    PAGE 5

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 EE COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000071 | LAVIN,R | | | | 3373 | | | | | | | | | | | 4623 | 1121 |
| 000085 | MIHOUBI,S | | | | 3817 | | | | | | | | | | | 3817 | 1122 |
| 000090 | PLATTS,C | | | | 4257 | | | | | | | | | | | 4257 | 1123 |
| 000105 | HUTLEY,M | | | | 6063 | | | | | | | | | | | 6063 | 1124 |
| 000307 | ADMIN. SUPPORT | | | | | | | 1250 | | | | | | | | | |
| 000309 | EXECUTIVE | | | | | | | 17500 | | | | | | | | 17500 | 1125 |
| 000602 | ANGER,B | 3300 | | | | 8000 | | | | 582602 | | | 1500 | | | -243179 | |
| **PAYROLL TOTALS** | | 3300 | | | 164418 | 8000 | | 162205 | | 582602 | | | 1500 | | | | |

0024- 7892   NORTHEAST DISPLAY INC    PERIOD END DATE 06/08/02    CHECK DATE 06/14/02    RUN DATE 06/12/02

0024-7892  NORTHEAST DISPLAY INC                                    PAYROLL ADJUSTMENT JOURNAL                                    PAGE 5

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 ER COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| #### 000307 | ADMIN. SUPPORT | | | | | | | | | | | | | | | | |
| 000071 | LAVIN,R | | | | 3373 | | | | | | | | | | | 4623 | 1191 |
| 000085 | MIHOUBI,S | | | | 3817 | | | | | | | | | | | 4317 | 1192 |
| 000090 | PLATTS,C | 500 | | | 4257 | | | | | | | | | | | 4257 | 1193 |
| 000105 | UTLEY,M | | | | 6063 | | | | | | | | | | | 6063 | 1194 |
| 000002 | ANGER,B | | | | | | | 17500 | | | | | | | | 17500 | 1195 |
| 000309 | EXECUTIVE | | | | | | | 1250 | | | | | | | | | |
| *** PAYROLL TOTALS | | 3800 | | | 165392 | 6194 | | 154940 | | 558411 | | | 1500 | | | -226585 | |

0024-7892   NORTHEAST DISPLAY INC            PERIOD END DATE 06/15/02            CHECK DATE 06/21/02            RUN DATE 06/19/02

0024-7892 NORTHEAST DISPLAY INC                                    PAYROLL ADJUSTMENT JOURNAL                                    PAGE 5

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/ SVE | 9 EE COMP | 10 CHK/ SVE | 11 CHK/ SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ****000307 | ADMIN. SUPPORT | | | | | | | | | | | | | | | | |
| 000071 | LAVIN,R | | | | 3373 | | | | | | | | | | | 4623 | 1271 |
| 000085 | MIHOUBI,S | | | | 3817 | 2500 | | | | | | | | | | 6317 | 1272 |
| 000090 | PLATTS,C | | | | 4257 | | | | | | | | | | | 4257 | 1273 |
| 000105 | UTLEY,M | | | | 6063 | | | | | | | | | | | 6063 | 1274 |
| ****000309 | EXECUTIVE | | | | | | | | | | | | | | | | |
| 000002 | ANGER,B | | | | | | | 17500 | | | | | | | | 17500 | 1275 |
| PAYROLL TOTALS | | 21739 | | | 186045 | 5500 | | 165528 | | 563196 | | | 1500 | | | -182884 | |

0024-7892   NORTHEAST DISPLAY INC   PERIOD END DATE 06/22/02   CHECK DATE 06/28/02   RUN DATE 06/26/02

0024- 7892         NORTHEAST DISPLAY INC                                                PAYROLL ADJUSTMENT JOURNAL                                                         PAGE   4

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 ESE COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUSTMENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ****000303 ENGINEERING | | | | | | | | | | | | | | | | | |
| 000064 | KULMA,Z | | | | 1337 | | | | | | | | | | | 1337 | 1332 |
| 000067 | LAPAN,K | | | | 3806 | | | 5000 | | | | | | | | 8806 | 1333 |
| 000119 | MACKO,M | | | | 3806 | | | 5000 | | | | | | | | 8806 | 1334 |
| 000 | MARTEL II, | | | | 3392 | | | | | | | | | | | 3392 | 1335 |
| 000105 | UTLEY,M | | | | 3441 | | | 4000 | | | | | | | | 7441 | 1336 |
| ****000305 PROJECT MANAGER | | | | | | | | | | | | | | | | | |
| 000100 | STAMM,J | | | | 3528 | | | 8654 | | | | | | | | 12182 | 1339 |
| ****000307 ADMIN. SUPPORT | | | | | | | | | | | | | | | | | |
| 000071 | LAVIN,R | | | | 3373 | | | 1250 | | | | | | | | 4623 | 1340 |
| 000085 | MIHOUBI,S | | | | 3817 | | | | | | | | | | | 3817 | 1341 |
| 000090 | PLATTS,C | | | | 4257 | | | | | | | | | | | 4257 | 1342 |
| 000105 | UTLEY,M | | | | 6063 | | | | | | | | | | | 6063 | 1343 |
| ****000309 EXECUTIVE | | | | | | | | | | | | | | | | | |
| 000002 | ANGER,B | | | | | | | 17500 | | | | | 1500 | | | 17500 | 1344 |
| ****PAYROLL TOTALS | MISC | DISAB ILITY | GARNI SHMNT | HLTH | LOANS | IRS GARNS | 401K | CHK/SVE | ESE COMP | CHK/SVE | CHK/SVE | LOAN 2 | LEVY | MISC REIM | ADJUSTMENTS | |
| | | | | 171224 | 3000 | | 148231 | | 567428 | | | 1500 | | | -243473 | |

0024- 7892         NORTHEAST DISPLAY INC                     PERIOD END DATE  06/29/02                  CHECK DATE  07/05/02                                     RUN DATE  07/02/02

0024-7892  NORTHEAST DISPLAY INC                                    PAYROLL ADJUSTMENT JOURNAL                                       PAGE 4

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 DEP COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***** | 000303 ENGINEERING | | | | | | | | | | | | | | | | |
| 000064 | KULMA,Z | | | | 1337 | | | | | | | | | | | 1337 | 1402 |
| 000067 | LAPAN,K | | | | 3806 | | | 5000 | | | | | | | | 8806 | 1403 |
| 000119 | MACKO,M | | | | 3392 | | | | | | | | | | | 3392 | 1404 |
| 000077 | MARTEL II, | | | | 3441 | | | 4000 | | | | | | | | 7441 | 1405 |
| ***** | 000305 PROJECT MANAGER | | | | | | | | | | | | | | | | |
| 000100 | STAMM,J | | | | 3528 | | | | | | | | | | | -766 | 1406 |
| ***** | 000307 ADMIN. SUPPORT | | | | | | | | | | | | | | | | |
| 000071 | LAVIN,R | | | | 3373 | | | 1250 | | | | | | | | 4623 | 1407 |
| 000085 | MIHOUBI,S | | | | 3817 | | | | | | | | | | | 3817 | 1408 |
| 000090 | PLATTS,C | | | | 4257 | | | | | | | | | | | 4257 | 1409 |
| 000105 | UTLEY,W | | | | 6053 | | | | | | | | | | | 6053 | 1410 |
| ***** | 000309 EXECUTIVE | | | | | | | | | | | | | | | | |
| 00002 | ANGER,B | | | | | | | 17500 | | | | | | | | 17500 | 1411 |
| | | | | | | | | | | 12948 | | | | | | | |
| PAYROLL TOTALS | | | | | 167987 | 3000 | | 140920 | | 293505 | | | 3000 | | | 21412 | |

0024-7892  NORTHEAST DISPLAY INC    PERIOD END DATE 07/06/02    CHECK DATE 07/12/02    RUN DATE 07/10/02

```
0024-7892                                    NORTHEAST DISPLAY INC                                        PAYROLL ADJUSTMENT JOURNAL                                                     PAGE 4
```

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/ SVE | 8 ERE COMP | 10 CHK/ SVE | 11 CHK/ SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000088 | PARADISE,R | | | | 3758 | | | | | | | | | | | 7758 | 1470 |
| 000109 | WEAGLE,C | | | | 3474 | | | 3000 | | | | | | | | 6474 | 1471 |
| 000111 | WEST,A | | | | 242 | | | | | | | | | | | 242 | 1472 |
| \*\*\*\* 000303 ENGINEERING | | | | | | | | | | | | | | | | | |
| 000064 | KULMA,Z | | | | 1337 | | | | | | | | | | | 1337 | 1473 |
| (->) | MACKO,M | | | | 3392 | | | 4000 | | | | | | | | -228 | 1474 |
| \*\*\*\* 000305 PROJECT MANAGER | | | | | | | | | | | | | | | | | |
| 000100 | STAMM,J | | | | 3528 | | | 8654 | | | | | | | | 12182 | 1475 |
| 000071 | LAVIN,R | | | | 3373 | | | 1250 | | | | | | | | 4623 | 1476 |
| 000085 | MIHOUBI,S | | | | 3817 | 2500 | | | | | | | | | | 6317 | 1477 |
| 000090 | PLATTS,C | | | | 4257 | | | | | | | | | | | 4257 | 1478 |
| \*\*\*\* 000307 ADMIN. SUPPORT | | | | | | | | | | | | | | | | | |
| 000002 | ANGER,B | | | | | | | 17500 | | | | | | | | 17500 | 1479 |
| \*\*\*\* 000309 EXECUTIVE | | | | | | | | | | | | | | | | | |
| \*\*\* PAYROLL TOTALS | | | | 152388 | 5500 | | 124705 | | 481819 | | | 1500 | | | -197726 | |

```
0024-7892    NORTHEAST DISPLAY INC                PERIOD END DATE 07/13/02         CHECK DATE 07/19/02                     RUN DATE 07/18/02
```

*(Page rotated 90°. Payroll Adjustment Journal for Northeast Display Inc.)*

**NORTHEAST DISPLAY INC** — **PAYROLL ADJUSTMENT JOURNAL**

PERIOD END DATE 07/20/02    CHECK DATE 07/26/02    RUN DATE 07/24/02    PAGE 5

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/ SVE | 9 EBE COMP | 10 CHK/ SVE | 11 CHK/ SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0024-7892 | | | | | | | | | | | | | | | | | |

PAYROLL TOTALS

| MISC | DISAB ILITY | GARNI SHMNT | HLTH | LOANS | IRS GARNS | 401K | CHK/ SVE | EBE | CHK/ SVE | CHK/ SVE | LOAN 2 | LEVY | MISC REIM | ADJUST MENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 169455 | 5500 | | 169095 | | 500000 | | | | | | -155950 |

0024- 7892  NORTHEAST DISPLAY INC    PAYROLL ADJUSTMENT JOURNAL    PAGE 5

| EMP NBR | EMPLOYER NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 EE COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PAYROLL TOTALS

| MISC | DISAB ILITY | GARNI SHMNT | HLTH | LOANS | IRS GARNS | 401K | CHK/SVE | EE COMP | CHK/SVE | CHK/SVE | LOAN 2 | LEVY | MISC REIM | ADJUST MENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 173525 | 5500 | | 138003 | | 556130 | | | 1500 | | | -237602 |

0024- 7892   NORTHEAST DISPLAY INC    PERIOD END DATE 07/27/02    CHECK DATE 08/02/02    RUN DATE 07/31/02

0024-7892

NORTHEAST DISPLAY INC

PAYROLL ADJUSTMENT JOURNAL

PAGE 5

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/ SVE | 9 ERE COMP | 10 CHK/ SVE | 11 CHK/ SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ****  000002 | ANGER, B 000309 EXECUTIVE | | | | | | | 17500 | | | | | | | | 17500 | 1697 |
| PAYROLL TOTALS | | MISC 1385 | DISAB ILITY | GARNI SHMNT | HLTH | LOANS 3000 | IRS GARNS | 401K 130692 | CHK/ SVE | ERE COMP 547853 | CHK/ SVE | CHK/ SVE | LOAN 2 | LEVY 1500 | MISC REIM | ADJUST MENTS -234446 | |
| 176830 | | | | | | | | | | | | | | | | | |

0024-7892  NORTHEAST DISPLAY INC  PERIOD END DATE 08/03/02  CHECK DATE 08/09/02  RUN DATE 08/08/02