```
0024-7892                     NORTHEAST DISPLAY INC                              PAYROLL ADJUSTMENT JOURNAL                              PAGE 4
```

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISABILITY | 3 GARNISHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 EE COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUSTMENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000088 | PARADISE,R | | | | | | | | | | | | | | | | 1757 |
| 000109 | WEAGLE,C | | | | 3758 | | | 4000 | | | | | | | | 7758 | 1755 |
| 000111 | WEST,A | | | | 3474 | | | 3000 | | | | | | | | 6474 | 1756 |
| 000303 | ENGINEERING | | | | 242 | | | | | | | | | | | 242 | 1757 |
| 000064 | KULMA,Z | | | | 1337 | | | | | | | | | | | 1337 | 1758 |
| 000119 | MACKO,M | | | | 3806 | | | 5000 | | | | | | | | 8806 | 1759 |
| 000077 | MARTEL II, | | | | 3392 | | | | | | | | | | | 3392 | 1760 |
| 000305 | PROJECT MANAGER | | | | 3441 | | | 4000 | | | | | | | | 7441 | 1761 |
| 000100 | STAMM,J | | | | 3528 | | | 8654 | | 5865 | | | | | | 6317 | 1762 |
| 000307 | ADMIN. SUPPORT | | | | | | | | | | | | | | | | |
| 000071 | LAVIN,R | | | | 3373 | | | 1250 | | | | | | | | 4623 | 1763 |
| 000085 | MIHUBI,S | | | | 3817 | | | 2500 | | | | | | | | 6317 | 1764 |
| 000   | PLATTS,C | | | | 4257 | | | | | | | | | | | 4257 | 1765 |
| 000309 | EXECUTIVE | | | | | | | 17500 | | | | | | | | 17500 | 1766 |
| 000   | ANGER,B | | | | | | | | | | | 1500 | | | | -25468 | |
| | PAYROLL TOTALS | | | | 161666 | 2500 | | 117230 | | 537544 | | | 1500 | | | | |

```
0024-7892                NORTHEAST DISPLAY INC            PERIOD END DATE 08/10/02       CHECK DATE 08/16/02              RUN DATE 08/14/02
```

0024- 7892　　NORTHEAST DISPLAY INC　　　　　　　　　　　　PAYROLL ADJUSTMENT JOURNAL　　　　　　　　　　　　PAGE 4

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/ SVE | 9 ERR COMP | 10 CHK/ SVE | 11 CHK/ SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000109 | WEAGLE,C | | | | | | | | | | | | | | | -143526 | 1826 |
| 000111 | WEST,A | | | | 3474 | | | | | | | | | | | -4758 | 1825 |
| 000303 | ENGINEERING | | | | | | | | | | | | | | | | |
| 000064 | KULMA,Z | | | | 242 | | | | | | | | | | | 1337 | 1827 |
| 000067 | LAPAN,K | | | | 1337 | | | | | | | | | | | | |
| 000??? | ACKO,M | | | | 3806 | | | | | | | | | | | 8806 | 1828 |
| 000077 | MARTEL II. | | | | 3392 | | | | | | | | | | | 3392 | 1829 |
| 000305 | PROJECT MANAGER | | | | 3441 | | | | | | | | | | | 7441 | 1830 |
| 000??? | STAMM,J | | | | 3528 | | | 5000 | | | | | | | | | |
| 000307 | ADMIN. SUPPORT | | | | | | | 4000 | | | | | | | | 12182 | 1832 |
| 000071 | LAVIN,R | | | | | | 8654 | | | | | | | | | 4623 | 1833 |
| 000085 | MHOUBI,S | | | | 3373 | | | 1250 | | | | | | | | 4257 | 1834 |
| 000090 | PLATTS,C | | | | 3817 | | 2500 | | | 150000 | | | | | | 6317 | |
| 000309 | EXECUTIVE | | | | 4257 | | | 17500 | | 5000 | | | | | | 17500 | 1835 |
| 000??? | ANGER,B | | | | | | | | | | | | | | | | 1836 |
| PAYROLL TOTALS | | | | | 164426 | 2500 | 127936 | | 767975 | | | | | | | -473113 | |

0024- 7892　　NORTHEAST DISPLAY INC　　　PERIOD END DATE 08/17/02　　CHECK DATE 08/23/02　　RUN DATE 08/21/02

0024-7892  NORTHEAST DISPLAY INC                     PAYROLL ADJUSTMENT JOURNAL                                           PAGE   4

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 EE COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000111 | WEST,A |  |  |  | 242 |  |  |  |  |  |  |  |  |  |  | 242 | 1894 |
| 000064 | KULMA,Z |  |  |  | 1337 |  |  |  |  |  |  |  |  |  |  | 1337 | 1895 |
| 000067 | LAPAN,K |  |  |  | 3806 |  |  |  |  |  |  |  |  |  |  | 8806 | 1896 |
| 000*** | MACKO,M |  |  |  | 3806 |  |  |  |  |  |  |  |  |  |  | 8806 | 1897 |
| 000077 | MARTEL II, |  |  |  | 3392 |  |  |  |  |  |  |  |  |  |  | 3392 | 1898 |
| 000305 | PROJECT MANAGER |  |  |  | 3441 |  |  | 4000 |  |  |  |  |  |  |  | 7441 | 1899 |
| 000100 | STAMM,J |  |  |  | 3528 |  |  | 8654 | 6646 |  |  |  |  |  |  | 5536 | 1900 |
| 000307 | ADMIN. SUPPORT |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 000071 | LAVIN,R |  |  |  | 3373 |  |  | 1250 | 12000 |  |  |  |  |  |  | -7377 | 1901 |
| 000085 | NIHOUBI,S |  |  |  | 3817 |  |  |  |  |  |  |  |  |  |  | 6317 | 1902 |
| 000090 | PLATTS,C |  |  |  | 4257 | 2500 |  |  |  |  |  |  |  |  |  | 4257 | 1903 |
| 000309 | EXECUTIVE |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | ANGER,B |  |  |  |  |  |  | 17500 |  |  |  |  |  |  |  | 17500 | 1904 |
|  | PAYROLL TOTALS MISC | DISAB ILITY | GARNI SHMNT | HLTH | LOANS | IRS GARNS | 401K | CHK/SVE | EE COMP |  |  |  |  | MISC REIM | ADJUST MENTS |  |
|  |  |  |  |  | 172716 | 5000 |  | 140860 | 45149 |  |  |  |  |  |  | -132917 |  |

0024-7892       NORTHEAST DISPLAY INC        PERIOD END DATE   08/24/02        CHECK DATE   08/30/02         RUN DATE  08/28/02

0024-7892 NORTHEAST DISPLAY INC  PAYROLL ADJUSTMENT JOURNAL  PAGE 4

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 EBE COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000045 | FORD,M | | | | 4657 | | | | | | | | | | | 4657 | 1961 |
| 000088 | PARADISE,R | | | | 3758 | | | | | | | | | | | 7758 | 1962 |
| 000109 | MEAGLE,C | | | | 3474 | | | 3000 | | | | | | | | 8974 | 1963 |
| 000111 | WEST,A | | | | 242 | 2500 | | 4000 | | 30257 | | | | | | -30015 | 1964 |
| **** 000303 | ENGINEERING | | | | | | | | | | | | | | | | |
| 000067 | JULMA,Z | | | | 1337 | | | | | | | | | | | 1337 | 1965 |
| 000619 | LAPAN,K | | | | 3806 | | | 5000 | | | | | | | | 8806 | 1966 |
| 000677 | MACKO,M | | | | 3392 | | | | | | | | | | | 3392 | 1967 |
| **** 000305 | MARTEL II, | | | | 3441 | | | 4000 | | | | | | | | 7441 | 1968 |
| **** 000305 | PROJECT MANAGER | | | | | | | | | | | | | | | | |
| 000100 | STAMM,J | | | | 3528 | | | 8654 | | | | | | | | 12182 | 1969 |
| **** 000307 | ADMIN. SUPPORT | | | | | | | | | | | | | | | | |
| 000071 | LAVIN,R | | | | 3373 | | | 1250 | | | | | | | | 4623 | 1970 |
| 000105 | MIHOUBI,S | | | | 3817 | | | | | | | | | | | 3817 | 1971 |
| 000090 | PLATTS,C | | | | 4257 | | | | | | | | | | | 4257 | 1972 |
| **** 00309 | EXECUTIVE | | | | | | | | | | | | | | | | |
| 000002 | ANGER,B | | | | | | | 17500 | | | | | | | | 17500 | 1973 |
| 0024-7892 | PAYROLL TOTALS | | | | 168336 | 2500 | | 141150 | | 521297 | | | | | | -209301 | |

NORTHEAST DISPLAY INC      PERIOD END DATE 08/31/02     CHECK DATE 09/06/02     RUN DATE 09/04/02

0024- 7892  NORTHEAST DISPLAY INC        PAYROLL ADJUSTMENT JOURNAL        PAGE 4

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 DEF COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000109 | WEAGLE,C | | | | | | | | | | | | | | | | |
| 000111 | WEST,A | | | | 3474 | | | 3000 | | | | | | | | 8974 | 2031 |
| 000303 | ENGINEERING | | | | 282 | | | | | | | | | | | 282 | 2032 |
| 000064 | KULMA,Z | | | | 1337 | | | | | | | | | | | 1337 | 2033 |
| 000077 | CKO,M | | | | 3392 | | | | | | | | | | | 3392 | 2034 |
| 000027 | MARTEL II, | | | | 3441 | 2500 | | 4000 | | | | | | | | 7441 | 2035 |
| 000305 | PROJECT MANAGER | | | | 3528 | | | 8654 | | | | | | | | 12182 | 2036 |
| 000307 | ADMIN. SUPPORT | | | | | | | | | | | | | | | | |
| 000180 | STAMM,J | | | | 3373 | | | 1250 | | | | | | | | 4623 | 2037 |
| 000085 | LAVIN,R | | | | 3817 | 2500 | | | | | | | | | | | |
| 000091 | MIHOUBI,S | | | | 4257 | | | | | 70000 | | | | | | -63683 | 2038 |
| 000309 | PLATTS,C | | | | | | | | | | | | | | | 4257 | 2039 |
| 000002 | ANGER,B | | | | | | | 17500 | | | | | | | | 17500 | 2040 |
| 000309 | EXECUTIVE | | | | | | | | | | | | | | | | |
| | PAYROLL TOTALS | | | | 161513 | 5000 | | 146878 | | 505988 | | | | | | -192597 | |

0024- 7892   NORTHEAST DISPLAY INC     PERIOD END DATE 09/07/02     CHECK DATE 09/13/02     RUN DATE 09/11/02

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 EE COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000088 | PARADISE,R | | | | 3758 | | | 4000 | | | | | | | | 7758 | 2099 |
| 000109 | WEAGLE,C | | | | 3474 | 2500 | | 3000 | | | | | | | | 8974 | 2100 |
| 000111 | WEST,A | | | | 242 | | | | | | | | | | | 242 | 2101 |
| 000303 | ENGINEERING | | | | | | | | | | | | | | | | |
| 000X KULMA,Z | | | | 1337 | | | | | | | | | | | | 1337 | 2102 |
| 000X LAPAN,K | | | | 3806 | | | 5000 | | | | | | | | 8806 | 2103 |
| 000219 MACKO,M | | | | 3392 | | | | | | | | | | | 3392 | 2104 |
| 000077 MARTEL II, | | | | 3441 | | | 4000 | | | | | | | | 7441 | 2105 |
| 000305 PROJECT MANAGER | | | | | | | | | | | | | | | | |
| 000100 STAMM,J | | | | 3528 | | | 8654 | | 31870 | | | | | | -19688 | 2106 |
| 000307 ADMIN. SUPPORT | | | | | | | | | | | | | | | | |
| 000X LAVIN,R | | | | 3373 | | | 1250 | | | | | | | | 4623 | 2107 |
| 000X MIHOUBI,S | | | | 3817 | | 2500 | | | | | | | | | 6317 | 2108 |
| 000X PLATTS,C | | | | 4257 | | | | | | | | | | | 4257 | 2109 |
| 000309 EXECUTIVE | | | | | | | 17500 | | | | | | | | 17500 | 2110 |
| 000X GRANGER,B | | | | | | | | | | | | | | | | |
| PAYROLL TOTALS | | | | 169679 | 5000 | | 134451 | | 467582 | | | | | | -158392 | |

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 EE COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000045 | FORD,W | | | | 4657 | | | | | | | | | | | 4657 | 2168 |
| 000088 | PARADISE,R | | | | 3758 | | | 4000 | | | | | | | | 7758 | 2169 |
| 000109 | WEAGLE,C | | | | 3474 | | | 3000 | | | | | | | | 8974 | 2170 |
| 000111 | WEST,A | | | | 242 | | | | | | | | | | | 242 | 2171 |
| **** 000303 ENGINEERING | | | | | | | | | | | | | | | | | |
| | JULMA,Z | | | | 1337 | | | | | | | | | | | 1337 | 2172 |
| 000067 | LAPAN,K | | | | 3806 | | | | | | | | | | | 3806 | 2173 |
| 000019 | MACKO,M | | | | 3392 | | | | | | | | | | | 3392 | 2174 |
| 000077 | MARTEL II, | | | | 3441 | 2500 | | | | | | | | | | 7441 | 2175 |
| **** 000305 PROJECT MANAGER | | | | | | | | | | | | | | | | | |
| 000100 | STAMM,J | | | | 3528 | | | 8654 | | | | | | | | 12182 | 2176 |
| **** 000307 ADMIN SUPPORT | | | | | | | | | | | | | | | | | |
| 000071 | LAVIN,R | | | | 3373 | | | 1250 | | | | | | | | 4623 | 2177 |
| 000085 | MIHOUBI,S | | | | 3817 | 2500 | | | | | | | | | | 6317 | 2178 |
| J00309 PLATTS,C | | | | 4257 | | | | | | | | | | | | 4257 | 2179 |
| **** J00309 EXECUTIVE | | | | | | | | | | | | | | | | | |
| 000082 | ANGER,B | | | | | | | 17500 | | | | | | | | 17500 | 2180 |
| PAYROLL TOTALS | | | | 171956 | 5000 | | 130153 | | 378307 | | | | | | | -71198 | |

0024-7892  NORTHEAST DISPLAY INC                     PAYROLL ADJUSTMENT JOURNAL                     PAGE 4

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/ SVE | 9 EBE COMP | 10 CHK/ SVE | 11 CHK/ SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000024 | CARD,H | | | | 3839 | | | | | | | | | | | 6339 | 2238 |
| 000045 | FORD,M | | | | 3839 | | | | | | | | | | | 6339 | 2239 |
| 000088 | PARADISE,R | | | | 4557 | | | | | | | | | | | 4657 | 2240 |
| 000109 | MEAGLE,C | | | | 3758 | | | | | | | | | | | 4657 | 2240 |
| 08 | ST,A | | | | 3474 | 2500 | | | | | | | | | | 7758 | 2241 |
| 000303 | ENGINEERING | | | | 242 | | | 3000 | | 5000 | | | | | | 8974 | 2242 |
| 000054 | KULMA,Z | | | | 1337 | | | 2500 | | | | | | | | -4758 | 2243 |
| 000067 | LAPAN,K | | | | 3806 | | | 4000 | | | | | | | | 1337 | 2244 |
| 000119 | MACKO,M | | | | 3392 | | | 5000 | | | | | | | | 8806 | 2245 |
| 000127 | MARTEL II, | | | | 3441 | | | 4000 | | | | | | | | 3392 | 2246 |
| 000305 | PROJECT MANAGER | | | | | | | | | | | | | | | 7441 | 2247 |
| 000180 | STAMM,J | | | | 3528 | | | 8654 | | 16138 | | | | | | -3956 | 2248 |
| 000307 | ADMIN SUPPORT | | | | | | | | | | | | | | | 2248 | |
| 000177 | LAVIN,R | | | | 3373 | | | 1250 | | | | | | | | 4623 | 2249 |
| | HOUBI,S | | | | 3817 | 2500 | | | | | | | | | | 6317 | 2250 |
| 000196 | PLATTS,C | | | | 4257 | | | | | | | | | | | 4257 | 2251 |
| 000309 | EXECUTIVE | | | | | | | | | | | | | | | | |
| 007 | ANGER,B | | | | | | | 17500 | | | | | | | | 17500 | 2252 |
| | PAYROLL TOTALS | | | | 167684 | 5000 | | 144673 | | 894993 | | | | | | -577636 | |

0024-7892  NORTHEAST DISPLAY INC    PERIOD END DATE  09/28/02    CHECK DATE  10/04/02    RUN DATE  10/03/02

0024-7892                                NORTHEAST DISPLAY INC                        PAYROLL ADJUSTMENT JOURNAL                                              PAGE 4

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 EBE COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000109 | WEAGLE,C | | | | | | | | | | | | | | | | |
| 000111 | WEST,A | | | | | | | | | | | | | | | 8974 | 2310 |
| **** | 000303 ENGINEERING | | | | 282 | | | | | | | | | | | 282 | 2311 |
| 000064 | KULMA,Z | | | | 3474 | | | 3000 | | | | | | | | | |
| 00?? | LAPAN,K | | | | 1337 | | | | | | | | | | | 1337 | 2312 |
| 00?11 | ACKO,M | | | | 3806 | | | | | | | | | | | 8806 | 2313 |
| 000?77 | MARTEL II, | | | | 3392 | | | | | | | | | | | 3392 | 2314 |
| 000305 | PROJECT MANAGER | | | | 3441 | | | 5000 | | | | | | | | 7441 | 2315 |
| 000100 | STAMM,J | | | | 3528 | | | 8654 | | | | | | | | 12182 | 2316 |
| **** | 000307 ADMIN. SUPPORT | | | | | | | | | | | | | | | | |
| 000121 | LAVIN,R | | | | 3373 | 2500 | | 1250 | | | | | | | | 4623 | 2317 |
| 000085 | MIHOUBI,S | | | | 3817 | | | | | | | | | | | 6317 | 2318 |
| 000?00 | PLATS,C | | | | 4257 | | | | | | | | | | | 4257 | 2319 |
| **** | 000309 EXECUTIVE | | | | | | | | | | | | | | | | |
| | ?NGER,B | | | | | | | 17500 | | | | | | | | 17500 | 2320 |
| | PAYROLL TOTALS | | | | 160408 | 5000 | | 134516 | 22446 | | | | | | | 277478 | |

0024-7892      NORTHEAST DISPLAY INC      PERIOD END DATE 10/05/02      CHECK DATE 10/11/02      RUN DATE 10/09/02

NORTHEAST DISPLAY INC     PAYROLL ADJUSTMENT JOURNAL     PAGE 4

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 EBE COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **** 000303 | ENGINEERING | | | | | | | | | | | | | | | | |
| 0064 | KULMA,Z | | | | 1337 | | | | | | | | | | | 1337 | 2377 |
| 0067 | LAPAN,K | | | | 3806 | | | 5000 | | | | | | | | 8806 | 2378 |
| 0119 | MACKO,M | | | | 3392 | | | | | | | | | | | 3392 | 2379 |
| **** | RTEL II, | | | | 3441 | | | 4000 | | | | | | | | 7441 | 2380 |
| **** 000305 | PROJECT MANAGER | | | | | | | | | | | | | | | | |
| 0060 | STAMM,J | | | | 3528 | | | 8654 | | | | | | | | 12182 | 2381 |
| **** 000307 | ADMIN. SUPPORT | | | | | | | | | | | | | | | | |
| 0071 | LAVIN,R | | | | 3373 | | | 1250 | | | | | | | | 4623 | 2382 |
| 0085 | MIHOUBI,S | | | | 3817 | 2500 | | | | | | | | | | 6317 | 2383 |
| 0090 | PLATTS,C | | | | 4257 | | | | | | | | | | | 4257 | 2384 |
| **** 000309 | EXECUTIVE | | | | | | | | | | | | | | | | |
| 0002 | ANGER,B | | | | | | | 15000 | | | | | | | | 15000 | 2385 |
| PAYROLL TOTALS | | | | | 148475 | 5000 | | 131296 | | | | | | | | 284771 | |

0024- 7892     NORTHEAST DISPLAY INC     PERIOD END DATE 10/12/02     CHECK DATE 10/18/02     RUN DATE 10/17/02

0024-7892  NORTHEAST DISPLAY INC  PAYROLL ADJUSTMENT JOURNAL  PAGE 4

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 EBE COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUSTMENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000068 | PARADISE,R | | | | 3758 | | | | | | | | | | | 7758 | 2441 |
| 000109 | WEAGLE,C | | | | 3474 | 2500 | | 3000 | | | | | | | | 8974 | 2442 |
| 000111 | WEST,A | | | | 242 | | | | | | | | | | | 242 | 2445 |
| **** 000303 ENGINEERING | | | | | | | | | | | | | | | | | |
| 000164 | KULMA,Z | | | | 1337 | | | | | | | | | | | 1337 | 2446 |
| 000167 | LAPAN,K | | | | 3806 | | | 5000 | | | | | | | | 8806 | 2447 |
| 000219 | MACKO,M | | | | 3392 | | | | | | | | | | | 3392 | 2448 |
| 000277 | MARTEL II, | | | | 3441 | | | 4000 | | | | | | | | 7441 | 2449 |
| **** 000305 PROJECT MANAGER | | | | | | | | | | | | | | | | | |
| 000100 | STAMM,J | | | | 3528 | | | 8654 | | | | | | | | 12182 | 2450 |
| **** 000307 ADMIN. SUPPORT | | | | | | | | | | | | | | | | | |
| 000001 | LAVIN,R | | | | 3373 | | | 1250 | | | | | | | | 4623 | 2451 |
| 000085 | MIHOUBI,S | | | | 3817 | 2500 | | | | | | | | | | 6317 | 2452 |
| 000090 | PLATTS,C | | | | 4257 | | | | | | | | | | | 4257 | 2453 |
| **** 000309 EXECUTIVE | | | | | | | | | | | | | | | | | |
| 000042 | ANGER,B | | | | | | | 14423 | | | | | | | | 14423 | 2454 |
| **** PAYROLL TOTALS | | | | | 152270 | 5000 | | 121856 | 20000 | -638820 | 5000 | 3000 | | | | 945956 | |

0024-7892  NORTHEAST DISPLAY INC  PERIOD END DATE 10/19/02  CHECK DATE 10/25/02  RUN DATE 10/23/02

0024-7892  NORTHEAST DISPLAY INC  PAYROLL ADJUSTMENT JOURNAL  PAGE 4

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/ SVE | 9 EDE COMP | 10 CHK/ SVE | 11 CHK/ SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***** 000303 ENGINEERING | | | | | | | | | | | | | | | | | |
| 000064 | KULMA,Z | | | | 1337 | | | | | | | | | | | 1337 | 3301 |
| 000067 | LAPAN,K | | | | 3806 | | | 5000 | | | | | | | | 8806 | 3302 |
| 000119 | MACKO,M | | | | 3392 | | | | | | | | | | | 3392 | 3303 |
| ***** 000305 | MARTEL II, PROJECT MANAGER | | | | 3441 | | | 4000 | | | | | | | | 7441 | 3304 |
| 000100 | STAMM,J | | | | 3528 | | | 8654 | | | | | | | | 12182 | 3305 |
| ***** 000307 ADMIN. SUPPORT | | | | | | | | | | | | | | | | | |
| 000071 | LAVIN,R | | | | 3373 | | | 1250 | | | | | | | | 4623 | 3306 |
| 000085 | MIHOUBI,S | | | | 3817 | | | | | | | | | | | 3817 | 3307 |
| 000090 | PLATTS,C | | | | 4257 | | | | | | | | | | | 4257 | 3308 |
| ***** 000309 EXECUTIVE | | | | | | | | | | | | | | | | | |
| 000062 | ANGER,B | | | | | | | 14423 | | | | | | | | 14423 | 3309 |

0024-7892  PAYROLL TOTALS  MISC 146072  HLTH 2500  LOANS 126093  401K 5000  CHK/SVE 3000  CHK/SVE 5000  LOAN2 20000  ADJUSTMENTS 307655

0024-7892  NORTHEAST DISPLAY INC  PERIOD END DATE 10/26/02  CHECK DATE 11/01/02  RUN DATE 10/30/02

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/ SVE | 9 EBE COMP | 10 CHK/ SVE | 11 CHK/ SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| \*\*\*\* 000303 ENGINEERING | | | | | | | | | | | | | | | | | |
| 000064 | KULMA,Z | | | | 1337 | | | | | | | | | | | 1337 | 3361 |
| 000067 | LAPAN,K | | | | 3806 | | | 5000 | | | | | | | | 8806 | 3362 |
| 000119 | MACKO,M | | | | 3392 | | | | | | | | | | | 3392 | 3363 |
| 000104 | MARTEL II. | | | | 3441 | | | 4000 | | | | | | | | 7441 | 3364 |
| \*\*\*\* 000305 PROJECT MANAGER | | | | | | | | | | | | | | | | | |
| 000100 | STAMM,J | | | | 3528 | | | 8654 | | | | | | | | 12182 | 3365 |
| \*\*\*\* 000307 ADMIN. SUPPORT | | | | | | | | | | | | | | | | | |
| 000071 | LAVIN,R | | | | 3373 | | | 1250 | | | | | | | | 4623 | 3366 |
| 000085 | MIHOUBI,S | | | | 3817 | 2500 | | | | | | | | | | 6317 | 3367 |
| 000090 | PLATTS,C | | | | 4257 | | | | | | | | | | | 4257 | 3368 |
| \*\*\*\* 000309 EXECUTIVE | | | | | | | | | | | | | | | | | |
| 000062 | ANGER,B | | | | 4578 | | | 14423 | | | | | | | | 19001 | 3369 |
| PAYROLL TOTALS | | | | | 152976 | 5000 | | 129188 | 5000 | | 3000 | 5000 | 20000 | | | 320164 | |

0024-7892  NORTHEAST DISPLAY INC                                                    PAYROLL ADJUSTMENT JOURNAL                                                 PAGE  4

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 ERE COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***** | 000303 ENGINEERING | | | | | | | | | | | | | | | | |
| 000064 | KULMA,Z | | | | 1337 | | | | | | | | | | | 1337 | 3425 |
| 000067 | LAPAN,K | | | | 3806 | | | | | | | | | | | 8806 | 3426 |
| 000119 | MACKO,M | | | | 3392 | | | | | | | | | | | 3392 | 3427 |
| 000 | MARTEL II, | | | | 3441 | | | 4000 | | | | | | | | 7441 | 3428 |
| ***** | 000305 PROJECT MANAGER | | | | | | | | | | | | | | | | |
| 00000 | STAMM,J | | | | 3528 | | | 8654 | | | | | | | | 12182 | 3429 |
| ***** | 000307 ADMIN. SUPPORT | | | | | | | | | | | | | | | | |
| 000071 | LAVIN,R | | | | 3373 | | | 1250 | | | | | | | | 4623 | 3430 |
| 00005 | MIHOUBI,S | | | | 3817 | | 2500 | | | | | | | | | 6317 | 3431 |
| 00020 | PLATTS,C | | | | 4257 | | | | | | | | | | | 4257 | 3432 |
| ***** | 000309 EXECUTIVE | | | | | | | | | | | | | | | | |
| 00002 | ANGER,B | | | | 4578 | | | 14423 | | | | | | | | 19001 | 3433 |
| *** PAYROLL TOTALS | | | | | 155052 | 5000 | | 126354 | 5000 | | 3000 | 5000 | 20000 | | | 319406 | |

0024-7892    NORTHEAST DISPLAY INC                          PERIOD END DATE 11/09/02                          CHECK DATE 11/15/02                          RUN DATE 11/12/02

0024-7892 NORTHEAST DISPLAY INC  PAYROLL ADJUSTMENT JOURNAL  PAGE 4

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 EE COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000119 | MACKO,M | | | | 3392 | | | | | | | | | | | 3392 | 3489 |
| 000077 | MARTEL II, | | | | 3481 | | | | | | | | | | | | |
| 000090 | PLATTS,C | | | | 4257 | | | | | | | | | | | 7441 | 3490 |
| 000100 | STAMM,J | | | | 3528 | | | | | | | | | | | 4257 | 3491 |
| **** 000305 | PLANT SUPV | | | | | | | 8654 | | | | | | | | 12182 | 3492 |
| 000b.. | PARADISE,R | | | | 3758 | | | 4000 | | | | | | | | | |
| 000109 | WEAGLE,C | | | | 3474 | 2500 | | 3000 | | | | | | | | 7758 | 3493 |
| **** 000308 | SALES | | | | | | | | | | | | | | | 8974 | 3494 |
| 000111 | WEST,A | | | | 242 | | | | | | | | | | | | |
| **** 000307 | ADMIN. SUPPORT | | | | | | | | | | | | | | | 242 | 3495 |
| 000071 | LAVIN,R | | | | 3373 | | | 1250 | | | | | | | | | |
| **** 000309 | EXECUTIVE | | | | | | | | | | | | | | | 4623 | 3496 |
| 000002 | ANGER,B | | | | 4578 | | | 14423 | | | | | 20000 | | | 19001 | 3497 |
| PAYROLL TOTALS | | | | | 157206 | 5000 | | 125052 | 5000 | | 3000 | 5000 | 20000 | | | 320258 | |

0024-7892  NORTHEAST DISPLAY INC  PERIOD END DATE 11/16/02  CHECK DATE 11/22/02  RUN DATE 11/18/02

0024-7892  NORTHEAST DISPLAY INC  PAYROLL ADJUSTMENT JOURNAL  PAGE 4

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 EE COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000067 | LAPAN,K | | | | 3806 | | | 5000 | | | | | | | | 8806 | 3551 |
| 000319 | MACKO,M | | | | 3392 | | | | | | | | | | | 3392 | 3552 |
| 000077 | MARTEL II, | | | | 3441 | | | 4000 | | | | | | | | 7441 | 3553 |
| 000090 | PLATTS,C | | | | 4257 | | | | | | | | | | | 4257 | 3554 |
| 000100 | STAMM,J | | | | 3528 | | | 8654 | | | | | | | | 12182 | 3555 |
| 00305 PLANT SUPV | | | | | | | | | | | | | | | | | |
| 000298 | PARADISE,R | | | | 3758 | | | 4000 | | | | | | | | 7758 | 3556 |
| 000 | WEAGLE,C | | | | 3474 | 2500 | | 3000 | | | | | | | | 8974 | 3557 |
| 00306 SALES | | | | | | | | | | | | | | | | | |
| 000111 | WEST,A | | | | 242 | | | | | | | | | | | 242 | 3558 |
| 000307 ADMIN. SUPPORT | | | | | | | | | | | | | | | | | |
| 000 | LAVIN,R | | | | 3373 | | | 1250 | | | | 5000 | 5600 | | | 15600 | |
| 000309 EXECUTIVE | | | | | | | | | | | | | | | | 4623 | 3559 |
| 000 | ANGER,B | | | | 4578 | | | 14423 | | | 3000 | | | | | 19001 | 3560 |
| 002 | | | | | | | | | | | | | | | | | |

PAYROLL TOTALS  MISC .... DISAB ILITY .... GARNI SHMNT .... HLTH LOANS 153749  5000  IRS GARNS ....  401K 122069  CHK/SVE 5000  EE COMP ....  CHK/SVE 3000  CHK/SVE 5000  LOAN 2 15600  LEVY ....  MISC REIM ....  ADJUST MENTS 309458

0024-7892  NORTHEAST DISPLAY INC  PERIOD END DATE 11/23/02  CHECK DATE 11/29/02  RUN DATE 11/25/02

0024- 7892   NORTHEAST DISPLAY INC                                    PAYROLL ADJUSTMENT JOURNAL                                    PAGE   4

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISABILITY | 3 GARNISHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 EE COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUSTMENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 067 | LAPAN,K | | | | 3806 | | | 5000 | | | | | | | | 8806 | 3677 |
| 127 | MARTEL II, | | | | 3481 | | | 4000 | | | | | | | | 7481 | 3679 |
| 130 | PLATTS,C | | | | 4257 | | | | | | | | | | | 4257 | 3680 |
| 100 | STAMM,J | | | | 3528 | | | 8654 | | | | | | | | 12182 | 3681 |
|  | 000305 PLANT SUPV | | | | | | | | | | | | | | | | |
| 086 | PARADISE,R | | | | 3758 | | | 4000 | | | | | | | | 7758 | 3682 |
| 109 | WEABLE,C | | | | 3474 | | | 3000 | | | | | | | | 8974 | 3683 |
|  | 000306 SALES | | | | | | | | | | | | | | | | |
| 111 | WEST,A | | | | 242 | 2500 | | | | | | | | | | 242 | 3684 |
|  | 000307 ADMIN. SUPPORT | | | | | | | | | | | | | | | | |
| 074 | LAVIN,R | | | | 3373 | | | 1250 | | | | | | | | 4623 | 3685 |
|  | 000309 EXECUTIVE | | | | | | | | | | | | | | | | |
|  | GRANGER,B | | | | 4578 | | | 14423 | | | | | | | | 19001 | 3686 |
| PAYROLL TOTALS | | | | | 154199 | 5000 | | 126583 | 25000 | | 3000 | 5000 | | | | 318782 | |

0024- 7892   NORTHEAST DISPLAY INC     PERIOD END DATE 12/07/02     CHECK DATE 12/13/02     RUN DATE 12/09/02

0024-7892  NORTHEAST DISPLAY INC                                              PAYROLL ADJUSTMENT JOURNAL                                              PAGE 4

| EMP NBR | EMPLOYER NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 EE COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 065 | LAPAN,K | | | | 3806 | | | 2257 | | | | | | | | 6063 | 3743 |
| 079 | MARTEL II, | | | | 3806 | | | 2257 | | | | | | | | 6063 | 3744 |
| 081 | PLATTS,C | | | | 3441 | | | 4000 | | | | | | | | 7441 | 3746 |
| 100 | STAMM,J | | | | 4257 | | | | | | | | | | | 4257 | 3747 |
|  | D305 PLANT SUPV | | | | 3528 | | | 8654 | | | | | | | | 12182 | 3748 |
| 108 | PARADISE,R | | | | 3758 | | | 4000 | | | | | | | | 7758 | 3749 |
| 109 | WEAGLE,C | | | | 3474 | | | 3000 | | | | | | | | 8974 | 3750 |
|  | 000308 SALES | | | | | | | | | | | | | | | | |
| 11 | WEST,A | | | | 242 | | | | | | | | | | | 242 | 3752 |
|  | 000307 ADMIN SUPPORT | | | | | | | | | | | | | | | | |
| 17 | LAVIN,R | | | | 3373 | | | 1250 | | | | | | | | 4623 | 3753 |
|  | 000309 EXECUTIVE | | | | | | | | | | | | | | | | |
| 02 | ANGER,B | | | | 4578 | 2500 | | 14423 | | | 3000 | 5000 | | | | 19001 | 3754 |
| | PAYROLL TOTALS | MISC | DISAB ILITY | GARNI SHMNT | HLTH | LOANS | IRS GARNS | 401K | CHK/SVE | EE COMP | CHK/SVE | CHK/SVE | LOAN 2 | LEVY | MISC REIM | ADJUST MENTS | |
| | | | | | 155603 | 5000 | | 108207 | 25000 | | 3000 | 5000 | | | | 301900 | |

0024-7892   NORTHEAST DISPLAY INC        PERIOD END DATE 12/14/02    CHECK DATE 12/20/02              RUN DATE 12/16/02

| EMP NBR | EMPLOYEE NAME | 1 MISC | 2 DISAB ILITY | 3 GARNI SHMNT | 4 HLTH | 5 LOANS | 6 IRS GARNS | 7 401K | 8 CHK/SVE | 9 EE COMP | 10 CHK/SVE | 11 CHK/SVE | 12 LOAN 2 | 13 LEVY | 14 MISC REIM | ADJUST MENTS | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000057 | LAPAN,K | | | | 3806 | | | 2257 | | | | | | | | 6063 | 3808 |
| 000077 | MARTEL II, | | | | 3481 | | | 4000 | | | | | | | | 7481 | 3810 |
| 000080 | PLATTS,C | | | | 4257 | | | | | | | | | | | 4257 | 3812 |
| 000100 | STAMM,J | | | | 3528 | | | 8654 | | | | | | | | 12182 | 3813 |
| 000305 | PLANT SUPV | | | | | | | | | | | | | | | | |
| | ARADISE,R | | | | 3758 | | | 4000 | | | | | | | | 7758 | 3814 |
| 000306 | SALES | | | | | | | | | | | | | | | | |
| | WEAGLE,C | | | | 3474 | | | 3000 | | | | | | | | 8974 | 3815 |
| 000307 | ADMIN SUPPORT | | | | | | | | | | | | | | | | |
| | WEST,A | | | | 242 | | | | | | | | | | | 242 | 3816 |
| 000309 | EXECUTIVE | | | | | | | | | | | | | | | | |
| | LAVIN,R | | | | 3373 | 2500 | | 1250 | | | | | | | | 4623 | 3817 |
| | ANGER,B | | | | 4578 | | | 14423 | | | | | | | | 19001 | 3818 |
| | PAYROLL TOTALS | | | | 144900 | 5000 | | 122431 | 25000 | | 3000 | 5000 | | | | 305331 | |