## CERTIFICATE OF SERVICE

I certify that one copy of the foregoing *Application for Preliminary Injunction and Temporary Restraining Order, Memorandum in Support of Application for Temporary Restraining Order and Preliminary Injunction, Declaration of Carol J. Hamilton* and attached exhibits have been served on the individuals listed below on this 28th day of June, 2004, by sending copies via first-class mail to:

Michael Fallon
CAF Pension Actuaries, Inc.
66 North Street
Medfield, MA 02052

Nicholas Katsonis, Esq.
deVerges & Katsonis
40 Southbridge Street, Suite 215
Worcester, MA 01608

Thomas O. Bean, Esq.
Nutter, McClennan & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210-2604

_____