UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
***********************************
ELAINE L. CHAO, Secretary of Labor,     *
  United States Department of Labor,    *
                                        *
                                        *
              Plaintiff,                *
                                        *   CIVIL ACTION
       v.                               *   FILE NO. 0440065
BRIAN M. ANGER, NDI INTERNATIONAL, INC. *
and NORTHEAST DISPLAY, INC. 401(K) SAVINGS *
AND INVESTMENT PLAN,                    *
                                        *
                                        *
                                        *
              Defendants.               *
***********************************
```

## STIPULATION AND ORDER

Now comes Plaintiff Elaine L. Chao, Secretary of Labor, U.S. Department of Labor, ("the Secretary") and defendant Brian M. Anger by counsel and hereby stipulate and agree as follows:

1. Brian M. Anger's account balance in the Northeast Display, Inc. 401(k) Savings and Investment Plan shall be frozen for a period of 90 days from the date of entry of this order. During this 90 days, Mr. Anger's account balance shall be retained by Manulife Financial Group, the plan custodian;

2. The Secretary will serve a copy of the signed order upon CAF Pension Actuaries Inc., the independent fiduciary of the plan and Manulife Financial Group.

Respectfully submitted:

Counsel for Defendant:                    Counsel for Plaintiff:

_____                   _____
Nicholas Katsonis, Esquire                Maureen L. Canavan, Esquire