UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, <br> United States Department of Labor, <br> <br> Plaintiff, <br> <br> v. <br> <br> BRIAN M. ANGER, NDI INTERNATIONAL, INC. <br> and NORTHEAST DISPLAY, INC. 401(K) SAVINGS <br> AND INVESTMENT PLAN, <br> <br> <br> Defendants. | * <br> * <br> * <br> * <br> * CIVIL ACTION <br> * FILE NO. 0440065 <br> * <br> * <br> * <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

In consideration of the foregoing stipulation of the parties IT IS HEREBY ORDERED that Brian M. Anger's plan account balance in the Northeast Display, Inc. 401(k) Savings and Investment Plan is frozen for a period of 90 days from the date of entry of this Order. During this 90 days, Brian M. Anger's account balance shall be retained by Manulife Financial Group, in its capacity as Plan custodian.

_____
F. Dennis Saylor, IV
United States District Judge

Dated: _____