UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
ELAINE L. CHAO, Secretary of Labor,              *
 United States Department of Labor,              *
                                                 *
              Plaintiff,                          *
                                                 *  CIVIL ACTION
              v.                                 *  FILE NO.  0440065
BRIAN M. ANGER, NDI INTERNATIONAL, INC.          *
 and NORTHEAST DISPLAY, INC. 401(K) SAVINGS      *
AND INVESTMENT PLAN,                             *
                                                 *
                                                 *
              Defendants.                        *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

ORDER

In consideration of the foregoing stipulation of the parties IT IS HEREBY

ORDERED that Brian M. Anger's plan account balance in the Northeast Display, Inc.

401(k) Savings and Investment Plan is frozen for a period of 90 days from the date of

entry of this Order.  During this 90 days, Brian M. Anger's account balance shall be

retained by Manulife Financial Group, in its capacity as Plan custodian.

_____
F. Dennis Saylor, IV
United States District Judge

Dated: 7. 2. 04