UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ELAINE L. CHAO**, Secretary of Labor,      \*
 United States Department of Labor,          \*
                                             \*
            Plaintiff,                       \*
                                             \*   CIVIL ACTION
            v.                               \*   FILE NO.  04-40065
**BRIAN M. ANGER, NDI INTERNATIONAL, INC**.   \*
 and **NORTHEAST DISPLAY, INC. 401(K) SAVINGS**  \*
 **AND INVESTMENT PLAN**,                     \*
                                             \*
                                             \*
            Defendants.                      \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>ORDER</u>

In consideration of the of the Secretary of Labor's Motion to Extend Order Freezing

401(k) Plan Account Balance of Brian M. Anger, IT IS HEREBY ORDERED that Brian M.

Anger's plan account balance in the Northeast Display, Inc. 401(k) Savings and Investment Plan

is frozen for a period of 60 days from the date of entry of this Order.  During this 60 day period,

Brian M. Anger's account balance shall be retained by Manulife Financial Group, in its capacity

as Plan custodian.  Upon entry of this Order, counsel for the Secretary of Labor shall serve a

copy of the Order upon CAF Pension Actuaries Inc., the independent fiduciary of the plan and

Manulife Financial Group.


_____
                F. Dennis Saylor, IV
            United States District Judge


Dated: _____