UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, <br> United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br> BRIAN M. ANGER, NDI INTERNATIONAL, INC. <br> and NORTHEAST DISPLAY, INC. 401(K) SAVINGS <br> AND INVESTMENT PLAN, <br><br> Defendants. | CIVIL ACTION <br> FILE NO. 04-40065 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In consideration of the of the Secretary of Labor's Motion to Extend Order Freezing 401(k) Plan Account Balance of Brian M. Anger, IT IS HEREBY ORDERED that Brian M. Anger's plan account balance in the Northeast Display, Inc. 401(k) Savings and Investment Plan is frozen for a period of 60 days from the date of entry of this Order. During this 60 day period, Brian M. Anger's account balance shall be retained by Manulife Financial Group, in its capacity as Plan custodian. Upon entry of this Order, counsel for the Secretary of Labor shall serve a copy of the Order upon CAF Pension Actuaries Inc., the independent fiduciary of the plan and Manulife Financial Group.

_____
F. Dennis Saylor, IV
United States District Judge

Dated: 10/1/04